PHILLIP A. TALBERT
United States Attorney
CHAN HEE CHU
Special Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>SAMUEL OLIVEROS,<br><br>                    Defendant. | Case No. 1:23-po-00057-SAB<br><br>[Citations #E1926052; E1926053; CA28]<br><br>MOTION AND ORDER FOR DISMISSAL |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Chan Hee Chu, Special Assistant United States Attorney, hereby moves to dismiss [Citations #E1926052; E1926053; CA28] in Case No. 1:23-po-00057-SAB against SAMUEL OLIVEROS, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: May 24, 2023                                         Respectfully submitted,

                                                            PHILLIP A. TALBERT
                                                            United States Attorney

                                                    By:     /s/ *Chan Hee Chu*
                                                            CHAN HEE CHU
                                                            Special Assistant United States Attorney

1

**O R D E R**

IT IS HEREBY ORDERED that [Citations #E1926052; E1926053; CA28] in Case No. 1:23-po-00057-SAB against SAMUEL OLIVEROS be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: __May 24, 2023__

UNITED STATES MAGISTRATE JUDGE